**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTROS, HANAN S., and individual<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a Connecticut corporation; and JANAE URBANCYZYK, an individual, and all persons unknown claiming any interest in the property, named as DOES 1-10, inclusive,<br><br>Defendant. | **CASE NO.: CV09-1397 ODW (RZx)**<br><br>**JUDGE:** Hon. Otis D. Wright, II<br>**MAG.:** Hon. Andrew Wistrich<br><br>**ORDER RE: POSTPONEMENT OF OSC RE: SETTLEMENT HEARING**<br><br>**Date:** May 10, 2010<br>**Time:** 1:30 pm |

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

1

2046773.1

# ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

   1. The Stipulation to Postpone the OSC re Settlement Hearing in this action is approved; and

   2. The OSC re Settlement Hearing scheduled for May 10, 2010 at 1:30 p.m. is CONTINUED to Monday, June 7, 2010 at 1:30 p.m.

   IT IS SO ORDERED.

Dated:   May 7, 2010

                                Hon. Otis D. Wright, II

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

2046773.1